

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2018

No. 04-17-00756-CV

**IN THE INTEREST OF J.M.A.-H.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00165
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

     The Appellees' Motion for extension of time to file brief is hereby GRANTED. The brief is due on or before March 21, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court